Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Oracle Partners, L.P., et al.,

              Plaintiff(s),

v.

Concentric Analgesics, Inc., et al.,

              Defendant(s).

Case No: 4:20-cv-03775-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas K. Cauley, Jr., an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Oracle Partners, L.P., et al. (Plaintiffs) in the above-entitled action. My local co-counsel in this case is Jaime A. Bartlett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One South Dearborn<br>Chicago, IL 60603 | 555 California Street, Suite 2000<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 853-7000 | (415) 772-1200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tcauley@sidley.com | jbartlett@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 618259.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/08/20

                                                                Thomas K. Cauley, Jr.
                                                                     APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas K. Cauley, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2020

                                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/2/2020

Re: Thomas K. Cauley, Jr.
Attorney No. 6185259

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Thomas K. Cauley, Jr. was admitted to practice law in Illinois on 11/9/1983; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar