1   KEKER, VAN NEST & PETERS LLP           Jaime A. Bartlett (SBN 251825)
    ELLIOT R. PETERS - # 158708             jbartlett@sidley.com
2   epeters@keker.com                       SIDLEY AUSTIN LLP
    LAURIE CARR MIMS - # 241584             555 California St., Suite 2000
3   lmims@keker.com                         San Francisco, CA 94104
    PAVEN MALHOTRA - # 258429               Telephone: 415.772.1200
4   pmalhotra@keker.com
    TRAVIS SILVA - # 295856                 Thomas K. Cauley, Jr. (*pro hac vice* pending)
5   tsilva@keker.com                        tcauley@sidley.com
    MORGAN E. SHARMA - # 313863             Charles K. Schafer
6   msharma@keker.com                       cschafer@sidley.com (*pro hac vice* pending)
    633 Battery Street                      SIDLEY AUSTIN LLP
7   San Francisco, CA 94111-1809            One South Dearborn
    Telephone:    415 391 5400              Chicago, IL 60603
8   Facsimile:    415 397 7188              Telephone: 312.853.7000

9   Attorneys for Defendants                Attorneys for Plaintiffs
    CONCENTRIC ANALGESICS, INC.,            ORACLE PARTNERS, L.P et al.
10  FRANK J. BELLIZZI, JR., and JOHN
    DONOVAN

11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15  ORACLE PARTNERS, L.P.; ORACLE          Case No. 4:20-cv-03775-HSG
    INSTITUTIONAL PARTNERS, L.P.;
16  ORACLE TEN FUND, L.P.; FEINBERG        **STIPULATED REQUEST FOR ORDER**
    FAMILY TRUST; VENROCK                  **CHANGING TIME (CIV. L. R. 6-2)**;
17  HEALTHCARE CAPITAL PARTNERS III,       ORDER
    L.P.; VHCP CO-INVESTMENT HOLDINGS      Dept.:    Courtroom 2 – 4th Floor (OAK)
18  III, LLC; COWEN HEALTHCARE             Judge:    Hon. Haywood S. Gilliam, Jr.
    INVESTMENTS II LP; CHI EF II LP; KERN
19  ODYSSEUS, LLC; PNC GIFT TRUST OF       Date Filed: June 8, 2020
    2012; SCHULER CONCENTRIC
20  PARTNERSHIP,                           Trial Date: Not yet set

21                 Plaintiffs,

22          v.

23  CONCENTRIC ANALGESICS, INC.,
    FRANK J. BELLIZZI, JR., AND JOHN
24  DONOVAN,

25                 Defendants.

26

27

28

Plaintiffs Oracle Partners, L.P et al., (Plaintiffs) and Defendants Concentric Analgesics, Inc., Dr. Frank J. Bellizzi, Jr., and Dr. John Donovan hereby stipulate, pursuant to Local Civil Rule 6-2, to extend Defendants' deadline to file a reply brief to Plaintiffs' Opposition (ECF. 42) to Defendants' Motion to Dismiss (ECF No. 38).  The stipulated extension is from **August 28, 2020** to **September 4, 2020**.  Per Civil Local Rule 6-2, the Parties provide the following information:

- Defendants request this extension to provide their counsel with adequate time to draft the reply brief and the attendant sealing motion.  As detailed in the concurrently filed Declaration of Travis Silva In Support of the parties' Stipulated Request for an Order Changing Time (*see* ¶¶ 2-4), counsel for Defendants have a series of substantial deadlines falling during the week when they would otherwise (absent an extension) have to draft and finalize the reply brief.  Civ. L. R. 6-2(a)(1).

- Other than a reset of certain deadlines when this case was transferred from the Magistrate Judge to this Court, there have been no prior time modifications in this case.  Civ. L. R. 6-2(a)(2).

- Under the current schedule, 34 days will elapse between the filing of the rely brief and the currently-scheduled October 1 hearing on Defendants' Motion to Dismiss.  If the Court grants the requested extension, 27 days will elapse between the filing of the rely brief and the currently-scheduled October 1 hearing.  This timeline complies with Civil Local Rule 7-3's requirement that reply briefs must ordinarily be filed 14 days before a noticed hearing.  Civ. L. R. 6-2(a)(3).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    For the foregoing reasons, the parties request that the Court reset Defendants' deadline to

2  submit their reply brief from **August 28, 2020**, to **September 4, 2020**.

3

4  Dated:  August 24, 2020                              KEKER, VAN NEST & PETERS LLP

5

6                                              By:   */s/ Travis Silva*
                                                   ELLIOT R. PETERS
7                                                  LAURIE CARR MIMS
                                                   PAVEN MALHOTRA
8                                                  TRAVIS SILVA
                                                   MORGAN E. SHARMA
9
                                                   Attorneys for Defendants
10                                                 CONCENTRIC ANALGESICS, INC.,
                                                   FRANK J. BELLIZZI, JR., and JOHN
11                                                 DONOVAN

12

13  Dated:  August 24, 2020                              SIDLEY AUSTIN LLP

14

15                                             By:   */s/ Charles K. Schafer*
                                                   JAIME A. BARTLETT
16                                                 THOMAS K. CAULEY, JR.
                                                   CHARLES K. SCHAFER
17
                                                   Attorneys for Plaintiffs
18                                                 ORACLE PARTNERS, L.P et al.

19

20                       **ATTESTATION OF CONCURRENCE IN FILING**

21         Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, I hereby

22  attest that all counsel listed above have concurred in the filing of this joint stipulation.

23

24  Dated:  August 24, 2020                         */s/ Travis Silva*
                                                   Travis Silva
25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: _____8/25/2020_____

4                                                   HON. HAYWOOD S. GILLIAM, JR.
                                                     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L. R. 6-2)
Case No. 4:20-cv-03775-HSG

1390205