Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200

Thomas K. Cauley, Jr. (*pro hac vice*)
tcauley@sidley.com
Charles K. Schafer
cschafer@sidley.com (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE PARTNERS, L.P.; ORACLE INSTITUTIONAL PARTNERS, L.P.; ORACLE TEN FUND, L.P.; FEINBERG FAMILY TRUST; VENROCK HEALTHCARE CAPITAL PARTNERS III, L.P.; VHCP CO-INVESTMENT HOLDINGS III, LLC; COWEN HEALTHCARE INVESTMENTS II LP; CHI EF II LP; KERN ODYSSEUS, LLC; PNC GIFT TRUST OF 2012; SCHULER CONCENTRIC PARTNERSHIP,<br><br>                                     Plaintiffs,<br><br>         v.<br><br>CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., JOHN DONOVAN,<br><br>                                     Defendants. | Case No. 4:20-cv-03775-HSG<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Oracle Partners, L.P.; Oracle Institutional Partners, L.P.; Oracle Ten Fund, L.P.; Feinberg Family Trust; Venrock Healthcare Capital Partner III, L.P.; VHCP Co-Investment Holdings III, LLC; Cowen Healthcare Investments II LP; CHI EF II LP; Kern Odysseus, LLC; PNC Gift Trust of 2012; and Schuler Concentric Partnership (collectively, "Plaintiffs"), and Frank J. Bellizzi, John Donovan, and Concentric Analgesics, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on June 8, 2020, Plaintiffs filed their Complaint in the above-captioned matter. ECF No. 1.

WHEREAS, on June 25, 2020, pursuant to the schedule entered by the Court, the parties' joint case management statement is currently due on September 8, 2020, and the initial case management conference is currently set for September 15, 2020. ECF No. 29.

WHEREAS, on August 7, 2020, Defendants filed a motion to dismiss the Complaint ("Motion to Dismiss"). ECF No. 38.

WHEREAS, the noticed hearing date for the Motion to Dismiss is currently set for October 1, 2020. *Id.*

WHEREAS, on August 21, 2020, Plaintiffs filed their opposition to the Motion to Dismiss. ECF No. 42.

WHEREAS, on August 24, 2020, the parties met and conferred pursuant to their obligations under Fed. R. Civ. P. 26(f) and now jointly stipulate, subject to the Court's approval, to extend the deadline for submission of the joint case management statement and to continue the initial case management conference, as outlined below. Bartlett Decl. ¶ 7.

WHEREAS, on August 25, 2020, the Court GRANTED the parties' Stipulated Request for Order Changing Time (Civ. L. R. 6-2) resetting Defendants' deadline to submit their reply brief to September 4, 2020. *See* ECF. No. 46.

WHEREAS, there have been no additional time modifications to this case, other than a reset of certain deadlines when this case was transferred from the Magistrate Judge to this Court. Civ. L. R. 6-2(a)(2).

-2-

WHEREAS, the Motion to Dismiss is pending as of the date of this stipulation.

WHEREAS, good cause exists for this revised schedule to avoid unnecessary expenditure of judicial resources or effort by the parties and the Court at this time while the Court considers the Motion to Dismiss. Bartlett Decl. ¶ 10.

WHEREAS, none of the proposed scheduling changes would alter either the deadline for Defendants to submit their reply brief or the noticed hearing date of October 1, 2020 for the Motion to Dismiss. Bartlett Decl. ¶ 12.

WHEREAS, no other deadlines have yet been set, so none of the proposed scheduling changes would alter any other deadlines. Bartlett Decl. ¶ 13.

WHEREAS, nothing herein shall be deemed a waiver of any rights or defenses by the parties.

IT IS HEREBY AGREED AND STIPULATED, and respectfully requested by and among the parties hereto, through their undersigned counsel of the record, that the Court order as follows:

1. The deadline for submission of the initial case management statement shall be extended from **September 8, 2020** to **November 10, 2020.**

2. The date of the initial case management conference shall be continued from **September 15, 2020** at **2:00pm (PT)** to **November 17, 2020** at **2:00pm (PT)**.

**IT IS SO STIPULATED.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: August 25, 2020            SIDLEY AUSTIN LLP

By: */s/ Jaime A. Bartlett*

Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200

Thomas K. Cauley, Jr. (*pro hac vice*)
tcauley@sidley.com
Charles K. Schafer
cschafer@sidley.com (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

*Attorneys for Plaintiffs*

Dated: August 25, 2020            KEKER, VAN NEST & PETERS LLP

By: */s/ Paven Malhotra*

Paven Malhotra (SBN 258429)
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorney for Defendants*

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that Paven Malhotra concurred in the filing of this document.

Dated: August 25, 2020                    SIDLEY AUSTIN LLP

                                          By:    */s/ Jaime A. Bartlett*
                                                 Jaime A. Bartlett

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___8/28/2020___

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE