| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>LAURIE CARR MIMS - # 241584<br>lmims@keker.com<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>MORGAN E. SHARMA - # 313863<br>msharma@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendants<br>CONCENTRIC ANALGESICS, INC.,<br>FRANK J. BELLIZZI, JR., and JOHN DONOVAN | Jaime A. Bartlett (SBN 251825)<br>jbartlett@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California St., Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415.772.1200<br><br>Thomas K. Cauley, Jr. (*pro hac vice*)<br>tcauley@sidley.com<br>Charles K. Schafer<br>cschafer@sidley.com (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312.853.7000<br><br>Attorneys for Plaintiffs<br>ORACLE PARTNERS, L.P et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE PARTNERS, L.P.; ORACLE INSTITUTIONAL PARTNERS, L.P.; ORACLE TEN FUND, L.P.; FEINBERG FAMILY TRUST; VENROCK HEALTHCARE CAPITAL PARTNERS III, L.P.; VHCP CO-INVESTMENT HOLDINGS III, LLC; COWEN HEALTHCARE INVESTMENTS II LP; CHI EF II LP; KERN ODYSSEUS, LLC; PNC GIFT TRUST OF 2012; SCHULER CONCENTRIC PARTNERSHIP,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., AND JOHN DONOVAN,<br><br>        Defendants. | Case No. 4:20-cv-03775-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2); ORDER (as modified)**<br>Dept.:    Courtroom 2 – 4th Floor (OAK)<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 8, 2020<br><br>Trial Date: Not yet set |

The parties to this action, having met and conferred, hereby stipulate to the following extension of upcoming deadlines in connection with Defendants' August 3, 2021 Motion to Dismiss, and they respectfully ask the Court to fix the deadlines set forth herein by an order of the Court.

WHEREAS, pursuant to the July 15, 2021 Order in response to the Parties' Stipulated Request for Order Changing Time (Dkt. 78), on August 3, 2021, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 81) (the "Motion");

WHEREAS, Plaintiffs' previous deadline to oppose the Motion was August 30, 2021 and Defendants' previous deadline to file a reply brief in further support of the Motion was September 21, 2021 (Dkt. 78);

WHEREAS, the Parties have reached an agreement in principle to resolve this action and are in the process of documenting that agreement;

WHEREAS, pursuant to the August 19, 2021 Order in response to the Parties' Stipulated Request for Order Changing Time, Plaintiffs' deadline to oppose the Motion is September 30, 2021 and Defendants' deadline to file a reply brief in further support of the Motion is October 22, 2021 (Dkt. 84);

WHEREAS, the hearing on the Motion is set for November 4, 2021 (Dkt. 84);

WHEREAS, the Parties are working to finalize the agreement documentation, but that process will not be complete prior to September 30, 2021;

WHEREAS, the Parties met and conferred regarding the upcoming case deadlines that flow from the Motion and agree that the interests of preserving the resources of the Parties and the Court are best served by an extension of those deadlines while the Parties seek to document and finalize their settlement agreement.

THE PARTIES THEREFORE STIPULATE AS FOLLOWS:

1) Plaintiffs' deadline to file an Opposition to the Motion shall be extended from August 31, 2021 to **October 15, 2021**;

2) The deadline for Defendants to file a Reply to Plaintiffs' Opposition shall be extended from September 21, 2021 to **November 8, 2021**; and

3) The November 4, 2021 hearing on the Motion shall be reset to **November 18, 2021**.

**SO STIPULATED.**

| | |
|---|---|
| Dated: September 28, 2021 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ Paven Malhotra (with permission) |
| | ELLIOT R. PETERS<br>LAURIE CARR MIMS<br>PAVEN MALHOTRA<br>TRAVIS SILVA<br>MORGAN E. SHARMA |
| | Attorneys for Defendants<br>CONCENTRIC ANALGESICS, INC.,<br>FRANK J. BELLIZZI, JR., and JOHN DONOVAN |
| Dated: September 28, 2021 | SIDLEY AUSTIN LLP |
| | By: /s/ Jaime A. Bartlett |
| | JAIME A. BARTLETT<br>THOMAS K. CAULEY, JR.<br>CHARLES K. SCHAFER |
| | Attorneys for Plaintiffs<br>ORACLE PARTNERS, L.P. et al. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on the motion will be held on November 18, 2021 at 2:00 p.m.

Dated: 9/29/2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE