KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
LAURIE CARR MIMS - # 241584
lmims@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
MORGAN E. SHARMA - # 313863
msharma@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200

Thomas K. Cauley, Jr. (*pro hac vice*)
tcauley@sidley.com
Charles K. Schafer
cschafer@sidley.com (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

Attorneys for Defendants
CONCENTRIC ANALGESICS, INC.,
FRANK J. BELLIZZI, JR., and JOHN
DONOVAN

Attorneys for Plaintiffs
ORACLE PARTNERS, L.P et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE PARTNERS, L.P.; ORACLE INSTITUTIONAL PARTNERS, L.P.; ORACLE TEN FUND, L.P.; FEINBERG FAMILY TRUST; VENROCK HEALTHCARE CAPITAL PARTNERS III, L.P.; VHCP CO-INVESTMENT HOLDINGS III, LLC; COWEN HEALTHCARE INVESTMENTS II LP; CHI EF II LP; KERN ODYSSEUS, LLC; PNC GIFT TRUST OF 2012; SCHULER CONCENTRIC PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., AND JOHN DONOVAN, <br><br> Defendants. | Case No. 4:20-cv-03775-HSG <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2); ORDER** <br> Dept.:     Courtroom 2 – 4th Floor (OAK) <br> Judge:     Hon. Haywood S. Gilliam, Jr. <br><br> Date Filed: June 8, 2020 <br><br> Trial Date:  Not yet set |

1    The parties to this action, having met and conferred, hereby stipulate to the following

2 extension of upcoming deadlines in connection with Defendants' August 3, 2021 Motion to

3 Dismiss, and they respectfully ask the Court to fix the deadlines set forth herein by an order of the

4 Court.

5    WHEREAS, pursuant to the July 15, 2021 Order in response to the Parties' Stipulated

6 Request for Order Changing Time (Dkt. 78), on August 3, 2021, Defendants filed a Motion to

7 Dismiss Plaintiffs' Amended Complaint (Dkt. 81) (the "Motion");

8    WHEREAS, on August 18,2021, the Parties informed the Court that they have reached an

9 agreement in principle to resolve this action and are in the process of documenting that agreement

10 (Dkt. 83);

11    WHEREAS, pursuant to the September 29, 2021 Order in response to the Parties'

12 Stipulated Request for Order Changing Time, Plaintiffs' deadline to oppose the Motion is

13 October 15, 2021 and Defendants' deadline to file a reply brief in further support of the Motion is

14 November 8, 2021 (Dkt. 86);

15    WHEREAS, the hearing on the Motion is set for November 18, 2021 (*id.*);

16    WHEREAS, the Parties have finalized the settlement terms and are in the process of

17 gathering signatures to complete the settlement process, but will not be able to do so before

18 October 15;

19    WHEREAS, the Parties met and conferred regarding the upcoming case deadlines that

20 flow from the Motion and agree that the interests of preserving the resources of the Parties and

21 the Court are best served by a short additional extension of those deadlines while the Parties seek

22 to document and finalize their settlement agreement.

23    THE PARTIES THEREFORE STIPULATE AS FOLLOWS:

24    1)  Plaintiffs' deadline to file an Opposition to the Motion shall be extended from October

25         15, 2021 to **October 22, 2021**; and

26    2)  The deadline for Defendants to file a Reply to Plaintiffs' Opposition shall be extended

27         from November 8, 2021 to **November 15, 2021**.

28

1

**SO STIPULATED.**

2

Dated:  October 14, 2021                                    KEKER, VAN NEST & PETERS LLP

3

4                                                        By:   */s/ Paven Malhotra (with permission)*

5                                                               ELLIOT R. PETERS
                                                                LAURIE CARR MIMS
6                                                               PAVEN MALHOTRA
                                                                TRAVIS SILVA
7                                                               MORGAN E. SHARMA

8                                                               Attorneys for Defendants
                                                                CONCENTRIC ANALGESICS, INC.,
9                                                               FRANK J. BELLIZZI, JR., and JOHN
                                                                DONOVAN

10

11    Dated:  October 14, 2021                                    SIDLEY AUSTIN LLP

12

13                                                       By:   */s/ Jaime A. Bartlett*

14                                                              JAIME A. BARTLETT
                                                                THOMAS K. CAULEY, JR.
15                                                              CHARLES K. SCHAFER

16                                                              Attorneys for Plaintiffs
                                                                ORACLE PARTNERS, L.P. et al.

17

18    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20    Dated:  _____10/15/2021_____

21                                                              HON. HAYWOOD S. GILLIAM, JR.
                                                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i) regarding non-filing signatories, I hereby attest that I have obtained concurrence in the filing of this document from all signatories to this document.

Dated:  October 14, 2021                    /s/ Jaime A. Bartlett
                                                        Jaime A. Bartlett

3