| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>LAURIE CARR MIMS - # 241584<br>lmims@keker.com<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>MORGAN E. SHARMA - # 313863<br>msharma@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendants<br>CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., and JOHN DONOVAN | Jaime A. Bartlett (SBN 251825)<br>jbartlett@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California St., Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415.772.1200<br><br>Thomas K. Cauley, Jr. (*pro hac vice*)<br>tcauley@sidley.com<br>Charles K. Schafer<br>cschafer@sidley.com (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312.853.7000<br><br>Attorneys for Plaintiffs<br>ORACLE PARTNERS, L.P et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE PARTNERS, L.P.; ORACLE INSTITUTIONAL PARTNERS, L.P.; ORACLE TEN FUND, L.P.; FEINBERG FAMILY TRUST; VENROCK HEALTHCARE CAPITAL PARTNERS III, L.P.; VHCP CO-INVESTMENT HOLDINGS III, LLC; COWEN HEALTHCARE INVESTMENTS II LP; CHI EF II LP; KERN ODYSSEUS, LLC; PNC GIFT TRUST OF 2012; SCHULER CONCENTRIC PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., AND JOHN DONOVAN,<br><br>    Defendants. | Case No. 4:20-cv-03775-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2); ORDER**<br><br>Dept.:    Courtroom 2 – 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 8, 2020<br><br>Trial Date: Not yet set |

The parties to this action, having met and conferred, hereby stipulate to the following schedule for upcoming case deadlines, and they respectfully ask the Court to modify the deadlines set forth herein by an order of the Court.

WHEREAS, on August 18, 2021, the Parties informed the Court that they have reached an agreement in principle to resolve this action (Dkt. 83);

WHEREAS, on November 1, 2021, the parties provided the Court with a status update noting that the Parties' agreement to settle the lawsuit was being made concurrent with a new round of financing (Dkt. 92);

WHEREAS, on November 15, 2021, the Parties completed briefing on Defendants' motion to dismiss;

WHEREAS, at a hearing on November 16, 2021, the Parties informed the Court that they anticipated finalizing their settlement and filing a stipulated dismissal within a few days and possibly as early as this week;

WHEREAS, on November 17, 2021 the Court issued an order requiring the Parties to submit a stipulated dismissal within one week (Dkt. 96);

WHEREAS, following issuance of the Court's November 17, 2021 order, Defendant Concentric Analgesics, Inc. secured additional financing from an investor that is requesting certain terms be included in related financing documents;

WHEREAS, Plaintiffs have agreed to such terms;

WHEREAS, the Parties anticipate that amending the above-referenced terms and executing related documents will require additional time, which will also extend the time needed before the Parties' settlement agreement can be executed and a stipulated dismissal can be filed; and

WHEREAS, the Parties fully anticipate executing the settlement agreement and filing a stipulated dismissal and, consequently, the Court need not decide the pending motion to dismiss at the current time;

THE PARTIES STIPULATE AS FOLLOWS AND RESPECTFULLY REQUEST THE COURT ENTER A CORRESPONDING ORDER:

1)    The deadline for the Parties to file a stipulated dismissal shall be extended from November 23, 2021 to December 3, 2021.

**SO STIPULATED.**

Dated: November 22, 2021　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　　　By:   */s/ Paven Malhotra*
　　　　　　　　　　　　　　　　　　　　　　  ELLIOT R. PETERS
　　　　　　　　　　　　　　　　　　　　　　  LAURIE CARR MIMS
　　　　　　　　　　　　　　　　　　　　　　  PAVEN MALHOTRA
　　　　　　　　　　　　　　　　　　　　　　  TRAVIS SILVA
　　　　　　　　　　　　　　　　　　　　　　  MORGAN E. SHARMA

　　　　　　　　　　　　　　　　　　　　　　  Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　  CONCENTRIC ANALGESICS, INC.,
　　　　　　　　　　　　　　　　　　　　　　  FRANK J. BELLIZZI, JR., and JOHN
　　　　　　　　　　　　　　　　　　　　　　  DONOVAN

Dated: November 22, 2021　　　　　　　　　　　　SIDLEY AUSTIN LLP

　　　　　　　　　　　　　　　　　　　　By:   */s/ Jaime A. Bartlett*
　　　　　　　　　　　　　　　　　　　　　　  JAIME A. BARTLETT
　　　　　　　　　　　　　　　　　　　　　　  THOMAS K. CAULEY, JR.
　　　　　　　　　　　　　　　　　　　　　　  CHARLES K. SCHAFER

　　　　　　　　　　　　　　　　　　　　　　  Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　  ORACLE PARTNERS, L.P et al.

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i) regarding non-filing signatories, I hereby attest that I have obtained concurrence in the filing of this document from all signatories to this document.

Dated: November 22, 2021　　　　　　　　　*/s/ Paven Malhotra*
　　　　　　　　　　　　　　　　　　　　Paven Malhotra

2
STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2)
Case No. 4:20-cv-03775-HSG
1769893

1) The deadline for the Parties to file a stipulated dismissal shall be extended from November 23, 2021 to December 3, 2021.

**SO STIPULATED.**

Dated: November 22, 2021                    KEKER, VAN NEST & PETERS LLP

                                        By:  */s/ Paven Malhotra*
                                             ELLIOT R. PETERS
                                             LAURIE CARR MIMS
                                             PAVEN MALHOTRA
                                             TRAVIS SILVA
                                             MORGAN E. SHARMA

                                             Attorneys for Defendants
                                             CONCENTRIC ANALGESICS, INC.,
                                             FRANK J. BELLIZZI, JR., and JOHN
                                             DONOVAN

Dated: November 22, 2021                    SIDLEY AUSTIN LLP

                                        By:  */s/ Jaime A. Bartlett*
                                             JAIME A. BARTLETT
                                             THOMAS K. CAULEY, JR.
                                             CHARLES K. SCHAFER

                                             Attorneys for Plaintiffs
                                             ORACLE PARTNERS, L.P et al.

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i) regarding non-filing signatories, I hereby attest that I have obtained concurrence in the filing of this document from all signatories to this document.

Dated: November 22, 2021                */s/ Paven Malhotra*
                                        Paven Malhotra

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated:  11/23/2021

_[signature: Haywood S. Gilliam Jr.]_
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE