1  Jaime A. Bartlett (SBN 251825)
2  jbartlett@sidley.com
   SIDLEY AUSTIN LLP
3  555 California St., Suite 2000
   San Francisco, CA 94104
4  Telephone: 415.772.1200

5  Thomas K. Cauley, Jr. (*pro hac vice*)
   tcauley@sidley.com
6  Charles K. Schafer
7  cschafer@sidley.com (*pro hac vice*)
   SIDLEY AUSTIN LLP
8  One South Dearborn
   Chicago, IL 60603
9  Telephone: 312.853.7000

10 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| ORACLE PARTNERS, L.P.; ORACLE INSTITUTIONAL PARTNERS, L.P.; ORACLE TEN FUND, L.P.; FEINBERG FAMILY TRUST; VENROCK HEALTHCARE CAPITAL PARTNERS III, L.P.; VHCP CO-INVESTMENT HOLDINGS III, LLC; COWEN HEALTHCARE INVESTMENTS II LP; CHI EF II LP; KERN ODYSSEUS, LLC; PNC GIFT TRUST OF 2012; SCHULER CONCENTRIC PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> CONCENTRIC ANALGESICS, INC., FRANK J. BELLIZZI, JR., AND JOHN DONOVAN, <br><br> Defendants. | Case No. 4:20-cv-03775-HSG <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |
|---|---|

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Oracle Partners, L.P.; Oracle Institutional Partners, L.P.; Oracle Ten Fund, L.P.; Feinberg Family Trust; Venrock Healthcare Capital Partner III, L.P.; VHCP Co-Investment Holdings III, LLC; Cowen Healthcare Investments II LP; CHI EF II LP; Kern Odysseus, LLC; PNC Gift Trust of 2012; and Schuler Concentric Partnership (collectively, "Plaintiffs"), voluntarily dismiss with prejudice the above-entitled action against Defendants Concentric Analgesics, Inc., Frank J. Bellizzi, Jr., and John Donovan (collectively, "Defendants").

Dated: December 1, 2021

/s/  *Jaime A. Bartlett*

Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200

Thomas K. Cauley, Jr.*
tcauley@sidley.com
Charles K. Schafer*
cschafer@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

* pro hac vice

*Attorneys for Plaintiffs*